IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Applicant<br>     v.<br><br>ANNA'S LINENS COMPANY,<br><br>                Respondent                    / | No. C 06-80009 MISC MMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that applicant Equal Employment Opportunity Commission's Application for Order Enforcing Subpoena, filed January 20, 2006, is referred to a Magistrate Judge, to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED**.

Dated: February 13, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge