MICHAEL D. BRUNO (SBN: 166805)
BRIAN P. MASCHLER (SBN: 111824)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys For: Respondent Anna's Linens, Inc.

WILLIAM R. TAMAYO (SBN: 084965)
DAVID OFFEN-BROWN (SBN: 63321)
LINDA S. ORDONIO-DIXON (SBN: 172830)
EQUAL EMPLOYMENT OPPORTUNITY COMMICCION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5654
Facsimile: (415) 625-5657

Attorneys For: Applicant EEOC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Applicant,<br><br>v.<br><br>ANNA'S LINENS COMPANY,<br><br>　　　　　　Respondent. | CASE NO. C 06-80009 MISC MMC (WDB)<br><br>STIPULATION AND XXXXXXXX ORDER TO ALLOW TWO (2) DAY EXTENSION FOR RESPONDENT TO FILE OPPOSITION TO SUBPOENA ENFORCEMENT APPLICATION<br><br>Date: April 5, 2006<br>Time: 2:30 p.m.<br>Magistrate Judge: Hon. Wayne D. Brazil<br>Courtroom: No. 4, 3rd Floor |

　　　　Applicant, The Equal Employment Opportunity Commission, and Respondent, Anna's Linens Company, hereby stipulate as follows:

　　　　1.　　The parties having been engaged in productive meet and confer sessions that seem to have resolved the vast majority of the items in dispute. These meet and confer efforts have included an in-person meeting at the EEOC, and a number of telephone calls and email

-1-

STIPULATION TO TWO-DAY EXTENSION

exchanges. The parties are in the process of gathering additional information necessary to certain compromises and memorializing their agreements and the remaining areas of dispute, if any.

2. Good cause exists for a short extension for Respondent to file its opposition, if any, because the parties do not want to waste the Court's time and resources with briefing on issues that will no longer be in dispute at the hearing. Allowing Respondent to file its brief on March 17, 2006 will provide sufficient time to allow the parties to consummate their agreements.

3. There will be no change in the due date for the Applicant's reply brief. It will still be filed on or before March 22, 2006.

Dated: March 14, 2006

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: _____
LINDA S. ORDONIO-DIXON
Attorneys for Applicants
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: March 13, 2006

GORDON & REES, LLP

By: _____
MICHAEL D. BRUNO
Attorneys for Respondents
ANNA'S LINENS, INC.

ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that Respondent may file its brief on or before March 17, 2006.

Dated: 3/17/06

MAGISTRATE JUDGE WAYNE D. BRAZIL

JUDGE OF THE UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*

STIPULATION FOR TEN-DAY EXTENSION