IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Applicant<br><br>v.<br><br>ANNA'S LINENS COMPANY,<br><br>Respondent<br>_____/ | No. C 06-80009 MISC MMC WDB<br><br>**ORDER DIRECTING APPLICANT TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45** |

On June 12, 2006, applicant Equal Employment Opportunity Commission electronically filed its Response to Objections.  Applicant has violated General Order 45, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G.

Applicant is hereby ORDERED to comply with General Order 45 by immediately submitting a chambers copy of the above-referenced document.  Applicant is hereby advised that if its fails in the future to comply with General Order 45 by providing chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not

1 | limited to, striking from the record any electronically-filed document of which a chambers
2 | copy has not been timely provided to the Court.
3 | **IT IS SO ORDERED.**
4 |
5 | Dated: June 20, 2006
6 |                                              MAXINE M. CHESNEY
                                                 United States District Judge