**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   EQUAL EMPLOYMENT OPPORTUNITY                No. C 06-80009 MISC MMC
     COMMISSION,
12                                               **ORDER GRANTING APPLICANT'S**
                    Applicant                    **REQUEST FOR EARLIER HEARING ON**
13        v.                                     **RESPONDENT'S MOTION FOR DE**
                                                 **NOVO REVIEW OF REPORT AND**
14   ANNA'S LINENS COMPANY,                      **RECOMMENDATION**

15                    Respondent
                                        /
16

17        Before the Court is applicant Equal Employment Opportunity Commission's

18   unopposed request, filed June 19, 2006, to advance the hearing on respondent Anna's

19   Linens, Inc.'s motion for de novo review of Magistrate Judge Wayne D. Brazil's report and

20   recommendation filed May 15, 2006.  Presently, respondent's motion is noticed for hearing

21   July 21, 2006.  Applicant, representing it seeks an advancement on behalf of both parties,

22   requests the hearing be advanced to July 7, 2006.

23        Good cause appearing, the request is hereby GRANTED, and the hearing is

24   advanced from July 21, 2006 to July 7, 2006.  Respondent's reply to applicant's opposition,

25   if any, shall be filed and served no later than June 30, 2006.

26        **IT IS SO ORDERED**.

27
     Dated: June 26, 2006
28                                               _____
                                                 MAXINE M. CHESNEY
                                                 United States District Judge