IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Applicant<br><br>v.<br><br>ANNA'S LINENS, INC.,<br><br>Respondent | No. C 06-80009 MISC MMC (WDB)<br><br>**ORDER DENYING RESPONDENT'S OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; GRANTING APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENA; DENYING REQUEST FOR PROTECTIVE ORDER; VACATING HEARING** |

Before the Court are respondent Anna's Linens, Inc.'s ("Anna's Linens") objections to and motion for de novo review of Magistrate Judge Wayne D. Brazils's Report and Recommendation of May 15, 2006.  Applicant Equal Employment Opportunity Commission ("EEOC") has filed opposition, to which Anna's Linens has replied.  Having reviewed the papers filed in support of and in opposition to the objections and motion, the Court deems the matter appropriate for decision on the papers, VACATES the hearing scheduled for July 7, 2006, and rules as follows.

Having reviewed the matter de novo, the Court, for the reasons expressed therein, hereby ADOPTS the report and recommendation.  Accordingly, the Court hereby:

(1) GRANTS the EEOC's Application for Enforcement of Administrative Subpoena and ORDERS Anna's Linens to produce the requested documents no later than August 9,

1  2006; and (2) DENIES, as premature, Anna's Linens's request for a protective order with
2  respect to documents produced under Request Nos. 1, 2, and 16.  (See EEOC's
3  Response, filed June 12, 2006, at 5:1-3.)
4      **IT IS SO ORDERED.**
5
6  Dated: July 5, 2006
                                              _____
7                                              MAXINE M. CHESNEY
                                              United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28